DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | CASE NO. 5:00CR00182 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| Stephen B. Heard | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

    A hearing was conducted on December 18, 2008, regarding a petition filed by the U.S. Probation Office regarding violations of the defendant of the terms and conditions of supervised release. The defendant Stephen B. Heard and his counsel, Jacqueline A. Johnson appeared. A report and recommendation was filed on December 15, 2008 (see docket # 40). The Court adopts the report and recommendation of Magistrate Judge James S. Gallas and finds the defendant in violation of his terms and conditions of supervised release as stated in the Violation Report.

(5:00CR182)

     IT IS ORDERED that the defendant be committed to the custody of the Bureau of Prisons for a period of four (4) months.   The period of supervised release as previously imposed will continue with the special condition that the defendant complete the drug program by the Salvation Army and at the direction of the Probation Department.

| | |
|---|---|
|  December 22, 2008 | */s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |